RICHARD S. HARTUNIAN
United States Attorney
Emily M. Fishman
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-2644
emily.fishman@ssa.gov
Bar Roll No. 518330

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN RODRIGUEZ,

                    Plaintiff,

                No. 5:15-cv-01000-TJM-DEP

     v.

CAROLYN W. COLVIN, ACTING          CONSENT ORDER TO REMAND
COMMISSIONER OF SOCIAL SECURITY,     PURSUANT TO SENTENCE 4 OF
                                                                  42 U.S.C. § 405(g)

                    Defendant.
-------------------------------------------------------------x

       This matter having been opened to the Court by Richard S. Hartunian, United States Attorney for the Northern District of New York, and Emily M. Fishman, Special Assistant United States Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken (including a new hearing and a new decision); and Plaintiff, through the undersigned attorneys, having consented to the within order and the requested remand; and the Court having considered the matter,

IT IS on this __7th__ day of March, 2016;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action including a *de novo* hearing, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED, and the Clerk is hereby directed to enter judgment, in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**David E. Peebles, U.S. Magistrate Judge**

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

BY: */s/ Emily M. Fishman*
Emily M. Fishman, Esq.
Special Assistant United States Attorney
Attorney for Defendant
Bar Roll No. 518330

*/s/ Peter A. Gorton*
Peter A. Gorton, Esq.
Lachman & Gorton
Attorney for Plaintiff
Bar Roll No. 104832